AO 91 (Rev. 11/11) Criminal Complaint  AUSA Minje Shin (312) 469-6024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DANNY LINARES

CASE NUMBER: 25 CR 46
**UNDER SEAL**

**FILED**
1/26/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about January 15, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, defendant DANNY LINARES violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(o) | unlawfully and knowingly transferred and possessed a machinegun |

This criminal complaint is based upon these facts:

   X   Continued on the attached sheet.

*s/ Alexandro Cardoza*

ALEXANDRO CARDOZA
Task Force Officer, Homeland Security Investigations (HSI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: January 26, 2025

*Judge's signature*

City and state: Chicago, Illinois    GABRIEL A. FUENTES, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, ALEXANDRO CARDOZA, being duly sworn, state as follows:

1. I am a Task Force Officer with the Homeland Security Investigations ("HSI"), and have been so employed since June 2019. From approximately 2013 to 2019, I was also a Federal Reserve police officer as a member of the special response team. My current responsibilities include the investigation of transnational violent street gangs and drug trafficking activity. Through my training and experience, I have participated in numerous undercover operations and controlled deliveries of firearms. I have also participated in investigations involving the seizure of firearms and machine gun conversion devices. I have received training and have experience in investigating violations of federal firearms laws, including, but not limited to, Title 18, United States Code, Section 922.

2. This affidavit is submitted in support of a criminal complaint alleging that DANNY LINARES has unlawfully transferred and possessed a machinegun, in violation of Title 18, United States Code, Section 922(o) (the "**Subject Offense**"). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. The facts set forth in this Affidavit are based upon my personal knowledge; information provided by other law enforcement officers, including oral and written reports, documents, and other evidence that I have received directly or indirectly from other law enforcement officers; the results of physical surveillance conducted by other law enforcement officers, which have been reported to me either directly or indirectly; information provided by an undercover law enforcement officer ("UC-1"); my review of video and audio recordings related to this investigation; my training and experience as an HSI Task Force Officer; and the training and experience of other law enforcement officers with whom I work.

I. **FACTS SUPPORTING PROBABLE CAUSE**

　A.　**Summary of Probable Cause**

4. As set forth in more detail below, on or about January 15, 2025, near the 800 block of West 63rd Street in Chicago, Illinois, UC-1 bought a "ghost gun"[1] resembling a Glock 19 equipped with a red "Glock switch," along with an additional Glock switch, from DANNY LINARES. Based upon my training and experience, a Glock switch, also known as a Glock Conversion Device, is a small device that is designed and intended solely and exclusively for use in converting a weapon into a machinegun. The Glock switch is attached to the rear slide of a Glock-style handgun and makes the firearm (which is originally manufactured as a semi-automatic pistol)

---

[1] Based upon my training and experience, a "ghost gun" is an unserialized firearm that is composed of by components purchased either as a kit or in separate piecemeal parts.

2

capable of firing automatically more than one shot, without manual reloading, by a single function of the trigger.

5. Based upon my training and experience, the ghost gun that UC-1 purchased and was equipped with a Glock switch that has observable characteristics designed to make the gun capable of fully automatic fire. Additionally, according to UC-1 and footage from UC-1's covert recording equipment, during the transaction LINARES explained to UC-1 how the switch functions, including that the switch releases a "pure burst."[2]

### B. January 15, 2025: LINARES Sells UC-1 a Ghost Gun and Two Glock Switches

6. According to UC-1 and WhatsApp communications documented by law enforcement, from on or about January 14, 2025 through on or about January 15, 2025, UC-1 communicated via WhatsApp with a WhatsApp user with an account associated with telephone number (872) 257-7018 ("Subject Account 1").[3] Based upon the investigation to date, law enforcement officers do not believe that LINARES is

---

[2] The communications summarized in this application do not include references to all topics covered during the course of the conversation. The summaries also do not include reference to all statements made by the speakers on topics described. All quotations are based on preliminary transcriptions of the conversations and the times listed are approximate. At various points, I have included interpretations of words and phrases. These interpretations are based on law enforcement officers' understanding of the conversations, which is based on the content and context of the conversations, their knowledge of the investigation as a whole, their experience and training, and the experience and training of other law enforcement officers in this investigation. Some of the conversations are in the Spanish language. For those communications, I have relied on draft, not final, Spanish-to-English translations of the conversations done by law enforcement officers and/or interpreters contracted by law enforcement officers.

[3] Based upon my training and experience, WhatsApp is a multiplatform messaging service that utilizes end-to-end encryption and that enables users to chat directly or in groups using text, voice, and video.

3

the user of Subject Account 1. UC-1 and the user of Subject Account 1 discussed, in summary, UC-1's purchase of a handgun and a "button" [referring to conversion device] in exchange for $1,200. Specifically, on or about January 14, 2025, at approximately 3:12 p.m., the user of Subject Account 1 sent a video (screenshots of which are reproduced below) depicting different angles of a black handgun equipped with a red device on the rear of the slide. This video was followed immediately thereafter with a message saying, "the button [referring to a "switch" device]."



7. On or about January 14, 2025, at approximately 3:14 p.m., the user of Subject Account 1 sent UC-1 another short video, followed immediately thereafter with a message stating, "look at how the red button sounds." The video depicts an individual discharging a black handgun into the sky. From what appears to be a single pull of the trigger, multiple rounds are discharged in rapid succession. Based

4

upon my training and experience and my review of this video, this rapid discharge is indicative of fully automatic fire and is not consistent with semi-automatic fire.

8. According to WhatsApp communications documented by law enforcement, later that day, at approximately 4:24 p.m., the user of Subject Account 1 sent UC-1 a message that stated, "[$]1200," immediately followed by a message referencing "the button [switch] in red." In the ensuing messages, UC-1 agreed upon the offered price and UC-1 and the user of Subject Account 1 agreed to complete the transaction in the afternoon on the following day. The following day, on or about January 15, 2025, at approximately 11:32 a.m., the user of Subject Account 1 messaged UC-1, "good morning, everything good?" At approximately 11:47 a.m., UC-1 responded, "I will let you know when I am on my way."

9. According to HSI reports, on or about January 15, 2025, UC-1 (equipped with devices capable of recording audio and video) drove UC-1's car ("the UC Vehicle") and arrived at approximately 4:44 p.m. to the area near the 800 block of West 63rd Street in Chicago, Illinois. According to WhatsApp communications documented by law enforcement, UC-1 sent several messages to Subject Account 1 indicating that UC-1 had arrived at the meeting location. According to UC-1 and law enforcement who conducted physical surveillance, at approximately 5:24 p.m., a beige Honda Accord ("Subject Vehicle 1")[4] parked nearby the UC Vehicle. Shortly thereafter, a

---

[4] According to information available on law enforcement databases, Subject Vehicle 1 is not registered to LINARES but to an individual with initials. L.F.P.

5

Hispanic male, later identified as DANNY LINARES, exited Subject Vehicle 1, greeted UC-1, and introduced himself as "Danny."[5]

10. According to UC-1 and/or footage captured by UC-1's recording equipment, a few moments later, LINARES tendered to UC-1 a black back plate and told UC-1 "here is the cap, if you want to change it back." Based upon my training and experience, a back plate is a firearm component that is typically affixed to the rear of the slide of a handgun. Based on the appearance of the back plate given by LINARES to UC-1, this particular back plate is consistent with the plate that would have been originally installed on the slide of the firearm that UC-1 eventually purchased, but then removed in order to install the Glock switch.

11. According to UC-1 and/or footage captured by UC-1's recording equipment, shortly thereafter, LINARES then walked to the driver's side door of the UC Vehicle, took a black handgun equipped with a red Glock switch out of his pocket, and placed the handgun in the driver's seat of the UC Vehicle. UC-1 commented on the handgun, "But it isn't a button its plastic [referring to the lack of a selector rod, as described more fully below]?" LINARES responded, "it's made of incorporated fiber, this [referring to the gun being purchased by UC-1] releases pure burst [a reference to automatic fire]." UC-1 then asked, "so just one pull [of the trigger] and

---

[5] UC-1's video recording equipment captured the face of the driver of Subject Vehicle 1, whose appearance is consistent with known photographs of LINARES available on law enforcement databases. Additionally, according to UC-1, who debriefed with other law enforcement officers after the controlled purchase, the driver's appearance was consistent with LINARES's.

6

'tra' [mimicking the sound of a machine gun], and there's no button [selector rod] or anything right?" LINARES responded, "there's no button or anything."

12. According to UC-1 and/or footage captured by UC-1's recording equipment, shortly thereafter, UC-1 asked LINARES "do you have more? [referring to additional Glock switches]." LINARES told UC-1 that he had one more left and told UC-1 "but you have to know how to put it on." UC-1 asked "how much?" and LINARES responded "one fifty [$150]." UC-1 agreed to purchase the additional Glock switch. LINARES walked to Subject Vehicle 1 and retrieved another red Glock switch, which he tendered to UC-1. LINARES asked UC-1 if UC-1 knew how to install the Glock switch. LINARES also explained where the "needle [in reference to the disconnector arm, as explained further below]" needed to be oriented. LINARES also told UC-1, "for whatever you need, just call and someone can help you put it on."

13. According to UC-1 and/or footage captured by UC-1's recording equipment, shortly thereafter, UC-1 asked "150 for that [the second Glock switch] and 1200 [for the ghost gun equipped with the other Glock switch] right?" LINARES responded "okay, yes." UC-1 tendered to LINARES $1,350 in United States Currency.

14. According to UC-1 and/or footage captured by UC-1's recording equipment, shortly thereafter, LINARES provided UC-1 his phone number. Before LINARES and UC-1 went to their respective vehicles, LINARES told UC-1 "Whatever you need, I can help you with whatever you need … rifles or whatever." UC-1 departed the area at approximately 5:27 p.m.

7

15. According to law enforcement reports, after the controlled purchase, law enforcement seized from UC-1 a black ghost gun resembling a Glock 19 and two red Glock switches (one of which was already installed on the purchased firearm). A photograph of the seized items is reproduced below. The seized handgun (including the red Glock switch) is consistent in appearance with the handgun (as depicted in paragraph 6 above) displayed in the video sent by the user of Subject Account A to UC-1 on or about January 14, 2025.



16. Based on my training and experience, I know that Glock switches are typically composed of three separate parts: (1) a back plate that mounts onto the rear slide; (2) a disconnector arm that interferes with the firearm's trigger mechanism, enabling automatic fire; and (3) a selector rod that allows manual engagement of the disconnector arm that thereby "switches" the firearm to automatic fire. Illustrative

8

images depicting these parts, taken from open internet sources, are reproduced below.



17. Based on my training and experience, and as depicted in the open-source internet photos reproduced below, when these parts are assembled and the Glock switch is installed on a firearm, the selector rod can protrude from the back plate and function like a button.

 

18. Based on my training and experience, the Glock switches purchased by UC-1 from LINARES on January 15, 2025 (including the one already installed on the ghost gun), unlike those described in paragraphs 16-17 above, are singular devices (made of plastic like material) comprising a plate and disconnector arm, but no selector rod. Based on my training and experience, these Glock switches, when

9

installed, would fully convert the firearm to automatic fire and provide no mechanism or "button" to "switch" back to semi-automatic fire.

19. As depicted in photograph reproduced in paragraph 15 above, the red switch equipped on the seized ghost gun (as it was purchased by UC-1 on or about January 15, 2025) includes the disconnector arm. As depicted in the photograph reproduced in paragraph 15, the disconnector arm is observable when the slide is pulled backwards, exposing the open area underneath the slide. Based on my training and experience, this disconnector arm would mechanically interfere with the ghost gun's triggering mechanism and enable automatic fire.

## II. CONCLUSION

20. Based upon the foregoing, I believe there is probable cause to believe that, on or about January 15, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, DANNY LINARES knowingly and unlawfully transferred and possessed a machinegun, in violation of Title 18, United States Code, Section 922(o).

FURTHER AFFIANT SAYETH NOT.

*s/Alexandro Cardoza*

ALEXANDRO CARDOZA
Task Force Officer, Homeland Security Investigations

SWORN TO AND AFFIRMED by telephone January 26, 2025.

Honorable GABRIEL A. FUENTES
United States Magistrate Judge

10