FILED
1/28/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
KG

25-cr-46
Judge Joan H. Lefkow
Magistrate Judge Gabriel A. Fuentes
Category 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | Violation: Title 18, United States Code, Section 922(o)(1) |
| DANNY LINARES | |

The SPECIAL MAY 2024 GRAND JURY charges:

On or about January 15, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

DANNY LINARES,

defendant herein, knowingly possessed and transferred a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely (a) an unserialized firearm resembling a Glock 19, which had been modified through a Glock Conversion Device, also known as a Glock switch, to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, and (b) a Glock Conversion Device, also known as a Glock switch, recovered January 15, 2025, a part designed and intended solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1)

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY