**FILED**
**1/28/2025** **KG**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

25-cr-46
Judge Joan H. Lefkow
Magistrate Judge Gabriel A. Fuentes
Category 4

**FELONY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Danny Linares | No | Yes |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **Yes**
Case Number: **25 CR 46**
Case Title: *U.S. v. Danny Linares*

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**
Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Firearms IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Section 922(o)**

Assistant United States Attorney(s): **Minje Shin**

Contact Person and Phone Number: **Minje Shin - (312) 469-6024**