IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:25-cr-46 |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| **Danny Linares** | ) | |
| Defendant(s), | ) | |

## ORDER

Arraignment held. Spanish interpreter Jose Pina present and sworn in. Defense acknowledges receipt of the Indictment and waives formal reading. Defendant enters a plea of not guilty to the Indictment. The schedule for certain preliminary proceedings is as follows: Rule 16.1(a) conference to be conducted by 2/11/25. Pre-trial motions to be filed by the status hearing before the district court. A status hearing before Judge Lefkow is set for 9:15 a.m. on 3/12/25 in Judge Lefkow's courtroom at the Dirksen U.S. Courthouse, 219 S. Dearborn St., Chicago IL 60604. Government's oral motion to exclude time through and including 3/12/25 is granted without objection. The time from 2/4/25 through and including 3/12/25 is excluded under 18 U.S.C. § 3161(h)(7)(A) to serve the ends of justice and to permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation, with such delay outweighing the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case.

(00:10)
(X-T)

Date: 2/4/2025

/s/ *[signature]*
Gabriel A. Fuentes
United States Magistrate Judge