

**EXHIBIT 2**






**EXHIBIT 3**

**Confidential Over Hear Transcript**

| | |
|---|---|
| **Date of COH:** 15 December 2024 | **Time of COH:** 1723 |
| **Operation Name:** General Enforcement | **Transcribed By:** [redacted] |
| **COH Number:** | **Location of COH:** [redacted] W 63rd St, Chicago, Il 60621 |

**RAID Number:** [redacted]

**RD Number:** [redacted]

**EXHIBIT 4**

**Undercover Officer(s):**
- [redacted]

**Offender(s):**
- Danny Linares/[redacted]

| Speaker: | Conversation: |
|---|---|
| UC | 1724 HRS<br>It should be pulling up right now. Target is here, same Honda as last time |
| Linares | How's it going boss? |
| UC | What's happening man? |
| Linares | A pleasure, Danny. |
| UC | Danny? |
| Linares | Be careful daddy, you dropped something. |
| UC | Oh |
| Linares | Look, here is the cap |
| UC | Oh, Shit |
| Linares | If you want to change it back, unintelligible |
| Linares | I'll accompany you to the truck |
| UC | Excuse me? Yeah sure go ahead. Go to the other side if you want. |

| | | |
|---|---|---|
| UC | Oh that's the original one, right? | |
| Linares | There it is okay. | |
| UC | Oh okay. | |
| UC | But its not a switch? Is it made of plastic? | |
| Linares | It's made of incorporated fiber, this releases pure burst | |
| UC | So just one pull and "tra" (simulating machine gun sound), and theres no button or anything | |
| Linares | There's no button or anything | |
| UC | And do you have more? | |
| Linares | I have more, I have one more left. | |
| UC | Do you have it right now? | |
| Linares | Yes | |
| UC | Lets see, I'll give you | |
| Linares | Give me a second | |
| Linares | I have one left, but you have to know how to put it on, you heard me? | |
| UC | Yes | |
| Linares | If you need one | |
| UC | How much? | |
| Linares | This one I'm selling for $150 | |
| UC | How much? | |
| Linares | $150, one fifty | |

| | |
|---|---|
| UC | Okay |
| Linares | Do you know how to put it on? |
| UC | Show me? |
| Linares | You have to move it a little bit so it stays next to the needle, do you understand? |
| UC | Okay |
| Linares | It always has to be next to the needle, always. |
| UC | Okay |
| Linares | Look, you see always adjusted next to the needle |
| UC | Yes |
| UC | All you do is take off the plate, right? |
| Linares | You have to know how to put it on |
| UC | Okay |
| Linares | For whatever you need, just call and someone can help you put it on |
| UC | Okay |
| UC | $150 for that. And $1,200.00 right? |
| Linares | Okay, yes |
| UC | That should be $1,200.00. |
| UC | And do you have another one? |
| Linares | I don't have any, but i can get you more. |
| UC | Okay |

| | | |
|---|---|---|
| | Linares | But what do you need, the firearm or? |
| | UC | Yeah, he sent me |
| | Linares | I have another one |
| | UC | Okay |
| | Linares | But if you want |
| | UC | This one is what a 19? |
| | Linares | That one is a 19 |
| | UC | Okay, he had sent me a 17 |
| | Linares | (WhatsApp video call with UM) I'm here with the man, give a second. He's right here |
| | UC | (Talking to UM through WhatsApp video call) Hey, what's going on? |
| | UM | I couldn't go, because I had other deliveries. |
| | UC | Okay, it's all good |
| | UM | Unintelligible |
| | UC | Okay, it's all good |
| | Linares | Unintelligible, brother. I have this one |
| | UC | Can you give me your, if you have more |
| | Linares | I have this one (shows me picture of a GLOCK 17 that UM had showed me the day before). |
| | Linares | This is a 17 fifth generation |
| | UC | That's the one he sent me |
| | Linares | Yeah, that's the one we sent you |

| | | |
|---|---|---|
| UC | | Okay, hold on |
| Linares | | ▮ |
| UC | | Hold on. Danny? |
| Linares | | Danny |
| UC | | Okay |
| Linares | | ▮ |
| UC | | ▮ |
| Linares | | ▮ |
| UC | | ▮ |
| Linares | | ▮ |
| UC | | I'll send you a message right now |
| Linares | | Send me a message so I can save it |
| Linares | | Whatever you need, I can help you with whatever you need |
| UC | | Okay |
| Linares | | Rifles or whatever |
| UC | | Oh |
| Linares | | Brother, take care of yourself |
| UC | | Thank you very much |
| Linares | | Good luck |
| UC | | Hey what about the, did you take the bullets? |

| | |
|---|---|
| Linares | Do you need them? |
| UC | Yes. Shit why not |
| Linares | There's only 3 of them |
| UC | Oh, that's fine |
| Linares | Unintelligible |
| UC | That's fine |
| Linares | Clean them |
| UC | Yes |
| Linares | Here you go |
| UC | I'll but them in my pocket |
| Linares | I clean them, so |
| UC | That's fine |
| Linares | Grab it |
| UC | That's it, Thank you very much |
| Linares | Unintelligible, take Care |
| UC | Hell fucking yeah, Danny fucking Linares. Deals done, targets out of the way. I'll slow roll it till he leaves the parking lot. Got Danny's number on WhatsApp. |
| UC | Danny is now going westbound on 63rd |
| UC | I'm gonna pull over for a split second, make sure I don't have a tail on me. Or is that one of our guys that's behind me? Oh no, that was Joel |
| UC | Here I'll just pull up behind you guys |
| UC | I see you Joel, I'll slow down for you buddy |





EXHIBIT 8



EXHIBIT 9



EXHIBIT 10