IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 25 CR 46 |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| DANNY LINARES | ) | |

### MOTION FOR TEMPORARY PRETRIAL RELEASE TO ATTEND DAUGHTER'S BIRTH

Danny Linares respectfully requests that the Court enter an order temporarily releasing him from custody for a period of about a week so that he can be present for the birth of his daughter, whose due date is April 17, 2025. In support of this motion, Mr. Linares states the following:

1. On January 28, 2025, Mr. Linares was charged by indictment with one count of unlawful possession and transfer of a machinegun. Dkt. 16. Mr. Linares was taken into federal custody on January 27, 2025. Dkt. 8. Mr. Linares was ordered detained on January 29, 2025. Dkt. 14.

2. Mr. Linares' partner, Meudy Perez, is due to give birth to their daughter on April 17, 2025. While Mr. Linares very much wants to be there for his daughter's birth. He would like to be a part of his daughter's life, and he wants to support Ms. Perez as she is giving birth.

3. As a result, Mr. Linares is requesting temporary release from custody in order to attend his daughter's birth. Specifically, the defense would propose the following conditions:

– Mr. Linares would be released from custody on April 14, 2025.

– Ms. Perez would be appointed as Mr. Linares' third-party custodian. During this time, she will be at home full time and, thus, can ensure he follows the conditions of his temporary bond. Further, the Pretrial Services Office previously confirmed that Ms. Perez has no prior arrests and so would be an appropriate third-party custodian. Dkt. 5 at 2.

1

- Mr. Linares would stay at their home, where Mr. Linares previously resided before his arrest in this case. Currently, Ms. Perez lives there, as well as two close friends of theirs, one of whom is also pregnant and will be present in the home every day.

- During his limited time on release, Mr. Linares would be placed on home incarceration with electronic monitoring. He would not be able to leave the house for any reason except, with notification to and approval from Pretrial Services, to accompany Ms. Perez to the hospital once she goes into labor.

- Within 48 hours of Ms. Perez being discharged from the hospital, Mr. Linares will surrender himself back into the custody of the U.S. Marshal.

4. In making this proposal, the defense recognizes that Judge Fuentes previously found Mr. Linares posed a risk to the community when ordering his detention. Dkt. 14. However, the defense believes that—even with this previously finding—it would be appropriate to grant Mr. Linares this very limited, temporary release from custody, for several reasons.

5. First, the defense is proposing that Mr. Linares be released from custody for an extremely brief period of time. While there is some inherent uncertainty about the exact day on which Ms. Perez will go into labor, the defense is only proposing that Mr. Linares be out of custody for a period of about a week and a half (and possibly less). That is not a long time. This short period of release does not pose the same kinds of risks that might be present if Mr. Linares were released for an extended and indefinite period of time.

6. Second, the defense is proposing that Mr. Linares be released on highly restrictive conditions. In particular, Mr. Linares will be on home incarceration and will not be leaving the house for any reason. Moreover, he will not be unsupervised in the house at any time, because Ms. Perez (as well as their close and longtime friends) will also be in the house. Defense counsel would also note that Mr. Linares has no criminal history and that at the time of his arrest the Pretrial Services Office assessed his risk factors and determined that his likelihood of success on bond would be 80%, 89% when not considering technical violations (a PTRA risk category III).

2

Dkt. 5 at 4. This assessment considered his charges, his immigration status, and the proposed housing site (the same location to which we are now requesting he be temporarily released). *Id.*

7. Last—and perhaps most important—Mr. Linares' reasons for seeking temporary release make this a different situation. Mr. Linares is not seeking release for the sake of being out of custody; he is seeking release so that he can be present for his daughter's birth. He wants to be there very badly, and he will not do anything during this short period of release that could jeopardize his ability to be there at the birth.

8. Taking a broader view, allowing Mr. Linares to attend the birth would have benefits for both Mr. Linares and for his daughter. While his daughter will (of course) not remember who was there at the hospital, she will benefit from having her father in her life. And Mr. Linares will benefit from having the chance to bond with his daughter. He is 29 years old and, regardless of what ends up happening in this case, he has to make a choice about how he wants to live the rest of his life. Even if he is only able to spend a few days with his daughter, that time will be a powerful, concrete reminder of what is important in life and what he needs to keep working towards.

9. The defense has consulted with the government and Pretrial Services regarding this motion. Both the government and Pretrial Services have indicated that they will take a position on this motion once Pretrial Services has had an opportunity to prepare a pretrial report.[1]

For the reasons stated above, Mr. Linares respectfully requests that this Court grant Mr. Linares' motion for temporary release from custody, so as to allow him to be there for the birth of his daughter.

---

[1] Pretrial Services has also indicated that they will only prepare a pretrial report after the defense files a motion for release, which is why this motion is being filed now. Once the report has been completed, the defense will reach out to the government to see whether the parties can reach any agreement regarding appropriate conditions of release.

        Respectfully submitted,

        FEDERAL DEFENDER PROGRAM
        John F. Murphy
        Executive Director

By:    /s/ *Emily Mollinedo*
        Emily Mollinedo
        *Attorney for Danny Linares*

EMILY MOLLINEDO
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-8343