# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                  Case No.: 1:25−cr−00046

                                                     Honorable Joan H. Lefkow

Danny Linares

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes as to Danny Linares (1): On referral (doc. #[18]) of defendant's motion for temporary release (doc. #[28]), the Court schedules a hearing for 1 p.m. on 3/17/25 in Courtroom 1342 of the Dirksen U.S. Courthouse. By noon on 3/17/25, the Court is requesting that Pretrial Services file a confidential addendum taking its position on the motion, and that the government file a status report as to its position. Defendant ordered to appear in person and be transported by U.S. Marshals Service. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.