UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 25 CR 46 |
| v. | ) | |
| | ) | Hon. Gabriel A. Fuentes |
| DANNY LINARES | ) | |

## STATUS REPORT

In accordance with the Court's March 13, 2025 minute entry (Dkt. 19), the Government submits the following status report:

The Government opposes defendant's Motion for Temporary Pretrial Release to Attend Daughter's Birth. The Government incorporates by reference the arguments and evidence it provided during the detention hearing in this case on January 29, 2025. It remains the Government's position that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety the community. 18 U.S.C. § 3142(f).

Dated: March 13, 2025          Respectfully submitted,

                              MORRIS PASQUAL
                              Acting United States Attorney

                         By:   s/Minje Shin
                              MINJE SHIN
                              Assistant United States Attorneys
                              219 South Dearborn Street, 5th Floor
                              Chicago, IL 60604
                              (312) 469-6024