# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                   Case No.: 1:25−cr−00046
                                                     Honorable Joan H. Lefkow

Danny Linares

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 17, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes as to Danny Linares: Hearing held on defendant's motion for temporary release from custody (doc. #[28]). Spanish interpreter Alex Gualino present and sworn in. The government and defendant presented their arguments. Proposed third−party custodian Meudy Perez appeared and was sworn in under oath. For the reasons stated on the record, including the recommendations of Pretrial Services in this matter and the applicability of 18 U.S.C. Section 3142(i), namely the compelling circumstance of the birth of defendant's child, the motion is granted provisionally, dependent on the content of a supplemental addendum to be filed by Pretrial Services regarding the suitability of the home and of two other residents there. Defense should submit a proposed temporary release order on the docket by 5 p.m. on 3/19/25. Response from the government to be filed by 5 p.m. on 3/21/25. Government is directed to file a status report by 3 p.m. on 4/3/25 concerning the additional, pre−release issues discussed on the record. At this writing, the detention order (doc. #[15]) remains in place pending further order of Court. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.