IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 25 CR 46 |
| v. | ) | |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| DANNY LINARES | ) | |

## ORDER FOR TEMPORARY REALEASE FROM CUSTODY PURSUANT TO 18 U.S.C. § 3142(i)

Defendant, Danny Linares, may be temporarily released from custody to attend the birth of his daughter, pursuant to 18 U.S.C. § 3142(i), on Tuesday, April 15, 2025, to be present for the birth of his child. He shall return to the MCC Chicago by April 23, 2025. This temporary furlough is subject to the following conditions:

1. At all times Mr. Linares will remain at █████████████████████████ ("the residence"). He is preapproved to go with Ms. Perez to her doctors at ███████ █████████████████████, and to ██████████████████████████ ████████████████.

2. Mr. Linares shall be restricted to home incarceration at all times, with the exception of attending the above approved locations for the purposes of accompanying Ms. Perez to her medical appointments and to the hospital to give birth to their child.

3. Mr. Linares shall submit to location monitoring and comply with its requirements as directed by Pretrial Services.

4. Ms. Perez shall serve as a third-party custodian.

5. Mr. Linares shall submit to supervision by and report for supervision to Pretrial Services.

6. Mr. Linares shall surrender any passport to Pretrial Services.

7. Mr. Linares shall not obtain a passport or other international travel document.

8. Mr. Linares shall not possess a firearm, destructive device, or other weapon.

9. Mr. Linares shall not use or unlawfully possess a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner.

10. Mr. Linares shall submit to drug testing as required by Pretrial Services.

11. Mr. Linares shall participate in a program of inpatient or outpatient substance abuse

therapy if deemed appropriate by Pretrial Services.

12. Mr. Linares shall report any law enforcement contact to Pretrial Services.

13. Mr. Linares shall not communicate with anyone outside of the residence, directly or indirectly.

14. No one else shall be permitted to visit the residence between April 15, 2025, and April 23, 2025.

15. Mr. Linares and Ms. Perez shall not inform anyone outside of the residence of Mr. Linares' temporary release.

16. No one in the residence may obtain a 3-D printer.

17. Mr. Linares cannot obtain a new cellphone or use any cellphones in the residence.

18. Mr. Linares will surrender himself back to the MCC Chicago by April 23, 2025.

ENTER:

_____
GABRIEL FUENTES MAGISTRATE JUDGE
United States Magistrate Court
Northern District of Illinois

Date: _____

2