# UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Danny Linares

Defendant.

Case No.: 1:25−cr−00046
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2025:

MINUTE entry before the Honorable Gabriel A. Fuentes: With respect to defendant's proposed release conditions (doc. #[33]), the government has leave to respond in writing before the 4/4/25 hearing if it wishes, or it may respond orally at the hearing. No written response from the government on the release conditions is currently due, other than the previously ordered 4/3/25 status report. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.