**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                              Case No.: 1:25−cr−00046
                                                                Honorable Joan H. Lefkow

Danny Linares
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2025:

    MINUTE entry before the Honorable Gabriel A. Fuentes as to Danny Linares: In view of the latest information provided by Pretrial Services in the supplemental addendum (doc. #[39]), the 4/4/25 hearing with defendant stands, but no proposed custodians, including Ms. Perez, are required to attend. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.