# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                            Case No.: 1:25−cr−00046
                                                                        Honorable Joan H. Lefkow

Danny Linares

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes as to Danny Linares: Continued hearing on defendant's motion for temporary release from custody (doc. #[28]) held. Spanish interpreter Victoria Funes present and sworn in. For the reasons stated on the record, the Court's provisional grant (doc. #[32]) of the temporary release motion is vacated, and the temporary release motion (doc. #[28]) is denied. The defendant is remanded into the custody of the U.S. Marshals Service under the detention order (doc. #[15]). Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.