**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00046
Honorable Joan H. Lefkow

Danny Linares

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

MINUTE entry before the Honorable Joan H. Lefkow as to Danny Linares: Status hearing held and continued to 9/3/2025 at 9:15 a.m. in courtroom 2201. Time is excluded through 9/3/2025 pursuant to 18 U.S.C. § 3161(h)(7)(B) (ii) or (iv). Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.